UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS BOUTILLIER | CIVIL ACTION |
| VERSUS | NO. 08-35 |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | SECTION "N" (1) |

ORDER GRANTING MOTION AS UNOPPOSED

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the following motion set for hearing on October 8, 2008 was timely submitted:

Motion for Remand by Plaintiff Dennis Boutillier.

Accordingly, the motion is deemed to be unopposed and is therefore GRANTED and the plaintiff's case in its entirety is DISMISSED WITH PREJUDICE.

A motion for reconsideration of this order, if any, must be filed within ten days. The motion must be accompanied by an opposition memorandum to the original motions. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local

Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 8th day of December 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE